**This order is SIGNED.**

**Dated: August 26, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



---

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah**

| | |
|---|---|
| **IN RE:** | **CASE: 24-22830** |
| Aaron M Prieto<br>Jamie Michelle Prieto | **CHAPTER 13** |
| | **HON. JOEL T. MARKER** |
| **Debtors** | Confirmation Hearing: August 15, 2024 |

### ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

    A hearing on confirmation of the Chapter 13 plan came before this Court on August 15, 2024 10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

    The hearing on confirmation is continued to September 12, 2024 at 10:00 AM.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 15, 2024.

JAIME G. RICHARDS, ECF Notification

CHAD PEHRSON, APG FINANCIAL, ECF NOTIFICATION

                                                            /s/ Shanna Vagana

## DESIGNATION OF PARTIES TO BE SERVED

Aaron M Prieto & Jamie Michelle Prieto, 2185 W 5075 S, Roy, UT  84067-2559


JAIME G. RICHARDS, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION

CHAD PEHRSON, APG FINANCIAL, ECF NOTIFICATION