Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE:** | **CASE: 24-22830** |
| Aaron M Prieto<br>Jamie Michelle Prieto | **CHAPTER 13** |
| **Debtors** | Hon. JOEL T. MARKER |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Confirmation Issues Arising Since Last Filed Objection:**

1. The following creditor objection(s) remain unresolved: APG Financial Inc.

2. As of August 28, 2024 the Debtors are now $1,100.00 delinquent for payments owing through August 2024.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: August 28, 2024

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on August 28, 2024:

JAIME G. RICHARDS, ECF Notification

/s/ Shanna Vagana